# LAW OFFICES OF HARRY C. DEMIRIS, JR., P.C.

**400 Post Avenue, Suite LL1**
**Westbury, New York 11590**
**www.demirislaw.com**
**hdemiris@demirislaw.com**

Telephone:                                                                                          Facsimile:
(516) 997-9354                                                                                      (516) 997-9393

October 8, 2018

**Via Electronic Case Filing**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>          Re:     Gloria Gazzola v. County of Nassau, *et al.*
>                  Eastern District of New York, U.S.D.C.
>                  Docket No.: 2:16-CV-00909-ADS-AYS

Dear Judge Shields:

This letter is sent in response to the Court's notice for an in-person conference on November 7, 2018 and to provide the Court with the current status of this case.

I hereby respectfully request that discovery deadlines be extended at the upcoming conference to enable the parties to complete discovery. Although all other fact discovery and depositions are complete, there remains one fact witness to be deposed. There have been numerous attempts by counsel for all parties to depose that fact witness but, unfortunately, that deposition has not yet taken place despite agreement amongst all three attorneys involved in this matter to depose that witness.

Additionally, for reasons beyond my control, I was placed in a position to retain an expert witness different from the expert witnesses who I originally intended to retain. My current expert witness is based in New York but is on trial throughout the month of October in Texas and is not available to meet with me until the first week of November. I will be making an application to the Court at the November 7, 2018 conference to extend the expert witness discovery deadline and to permit the deposition of the remaining fact witness to take place.

I am available to discuss this case and the issues addressed herein prior to the upcoming conference should the Court wish for me to do so. Otherwise, I will make my application to the Court at the November 7, 2018 conference.

Respectfully submitted,

Harry C. Demiris, Jr.

cc:     Dale McLaren, Esq
        Andrew R. Scott, Esq.