UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GLORIA GAZZOLA, individually and as Administrator of
the Estate of ANTONIO MARINACCIO, JR.

                                                                    16-cv-00909-(JS)(AYS)

                            Plaintiff,

           - against -                                    **NOTICE OF MOTION**

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, MICHAEL J. SPOSATO,
Individually and as SHERIFF OF NASSAU COUNTY,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
ARMOR CORRECTIONAL HEALTH SERVICES OF
NEW YORK, INC., NASSAU COUNTY
CORRECTIONS OFFICERS, "JOHN DOES 1-10," in
their individual and official capacities, ARMOR
CORRECTIONAL HEALTH SERVICES EMPLOYEES
and AGENTS, "JOHN and JANE DOES 11-20," in their
individual and official capacities,

                            Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the Declaration of Dale McLaren, and exhibits

thereto, and accompanying Memorandum of Law, dated September 4, 2020, Defendant,

ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC. ("Armor") by their

counsel, Lewis Brisbois Bisgaard & Smith LLP, will move this Court, before the Honorable

Judge Joanna Seybert, at 100 Federal Plaza, Central Islip, New York 11722, for an Order granting

Summary Judgment to the Armor Defendants pursuant to Rule 56 of the Federal Rules of Civil

Procedure and for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Judge Joanna Seybert's Electronic

Order dated August 6, 2020, any opposition is due October 20, 2020.

4812-9834-2089.1                                    1

Dated: New York, New York
         September 4, 2020

                                    LEWIS BRISBOIS BISGAARD & SMITH, LLP


                        By:  _____/s/_____
                             Dale McLaren, Esq. (DM-3696)
                             John J. Doody, Esq. (JD-0552)
                             *Attorneys for Defendant*
                             *Armor Correctional Health Services of New York,*
                             *Inc. i/s/h/a "Armor Correctional Health, Services*
                             77 Water Street, Suite 2100
                             New York, New York 10005
                             (212) 232-1300
                             (212) 232-1399
                             Dale.mclaren@lewisbrisbois.com
                             John.doody@lewisbrisbois.com


TO:    Harry C. Demiris, Jr., Esq.
       **LAW OFFICES OF HARRY C. DEMIRIS, JR., P.C.**
       Attorneys for Plaintiff
       400 Post Avenue – Suite LL1
       Westbury, New York 11590
       (516) 997-9354
       (516) 997-9393 – fax
       hdemiris@demirislaw.com

       Andrew Reginald Scott, Esq.
       **NASSAU COUNTY ATTORNEY OFFICE**
       Attorneys for County of Nassau, Nassau
       County Correctional Center, Nassau
       County Sheriff's Department and
       Michael J. Sposato
       1 West Street
       Mineola, NY 11501
       (516) 571-3056
       (516) 571- 3058
       ascott@nassaucountyny.gov