| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>          U.S. MAGISTRATE JUDGE | DATE: 3/8/23<br>TIME: 10:30 AM<br>FTR: 10:40-10:43<br>10:45-10:46<br>2:42-2:45 |

CASE: **CV 16-909 (JS) (AYS)** Gazzola, et al v. County of Nassau, et al

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:    Plaintiff    <u>Harry Demiris</u>

                     Defendant    Howard Snyder
                                        Dale McLaren

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒    Other: Conference held. Case settled.

                                                SO ORDERED

                                            /s/ Anne Y. Shields
                                          ANNE Y. SHIELDS
                                          United States Magistrate Judge