UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA GAZZOLA, INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF ANTONIO
MARINACCIO, JR.

                                      Plaintiff,

               -against-

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, MICHAEL J. SPOSATO,
INDIVIDUALLY AND AS SHERIFF OF NASSAU
COUNTY, ARMOR CORRECTIONAL HEALTH
SERVICES, INC., ARMOR CORRECTIONAL
HEALTH SERVICES OF NEW YORK, INC., NASSAU
COUNTY CORRECTIONS OFFICERS, "JOHN DOES
1-10," IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES, ARMOR CORRECTIONAL HEALTH
SERVICES EMPLOYEES AND AGENTS, "JOHN AND
JANE DOES 11-20," IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES,,

                                      Defendant.
-----------------------------------------------------------------X

Case No.: 16-cv-00909-JS-AYS

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a) (1) (A) (ii)**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant County of Nassau pursuant to the Federal Rules of Civil Procedure 41 (a) (1) (A) (ii).

DATED:    March 30, 2023
                 New York, New York

_____
Harry Chris Demiris Jr,, Esq. Harry Chris
Demiris Jr,, Esq.
Harry C Demiris PC
*Attorney(s) for Plaintiff*
400 Post Avenue
~~Suite 111~~ Suite 200
Westbury, NY 11590
(516) 997-9354

_____
Howard R Snyder
Conway, Farrell, Curtin & Kelly, P.C.
*Attorney(s) for Defendant*
48 Wall Street, 20th Floor
New York, NY 10005
(212) 785-2929