UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GLORIA GAZZOLA, individually and as
Administrator of the Estate of ANTONIO
MARINACCIO, JR.

|                | 16-cv-00909 (JS)(AYS) |

                            Plaintiff,

            -    against    -

**STIPULATION OF
DISMISSAL AGAINST
THE ARMOR
DEFENDANTS
PURSUANT TO FRCP 41
(a)(1)(A)(ii)**

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, MICHAEL J. SPOSATO,
Individually and as SHERIFF OF NASSAU COUNTY,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
ARMOR CORRECTIONAL HEALTH SERVICES OF
NEW YORK, INC., NASSAU COUNTY CORRECTIONS
OFFICERS, "JOHN DOES 1-10," in their individual and
official capacities, ARMOR CORRECTIONAL HEALTH
SERVICES EMPLOYEES and AGENTS, "JOHN and JANE
DOES 11-20," in their individual and official capacities,

                            Defendants.

-------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned matter is voluntarily dismissed with prejudice against Armor Correctional Health Services, Inc. and Armor Correctional Health Services of New York, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Mineola, New York
       April 24, 2023

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:

_____          _____
Harry Demiris, Jr., Esq.            Dale N. McLaren, Esq.
400 Post Ave, Suite 200             77 Water Street, 21st Floor
Westbury, New York 11590            New York, New York 10005
(516) 997-9354                      (212) 232-1303
Attorney for Plaintiff              Attorneys for the Armor Defendants

50856916.1